No. 73–580.   RICHARDS v. CROWN POINT COMMUNITY SCHOOL CORP. ET AL.   Ct. App. Ind.   Certiorari denied.

No. 73–581.   NEW YORK v. BERCK.   Ct. App. N. Y. Certiorari denied.

No. 73–588.   CALIFORNIA STATE EMPLOYEES' ASSN. ET AL. v. FLOURNOY ET AL.   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–589.   UNION OIL COMPANY OF CALIFORNIA v. DUGAS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 73–597.   PARKER v. LOUISIANA ET AL.   Sup. Ct. La.   Certiorari denied.

No. 73–602.   TRAVELERS INSURANCE Co. v. BLUE CROSS OF WESTERN PENNSYLVANIA.   C. A. 3d Cir.   Certiorari denied.

No. 73–609.   ELLS v. COUNTY OF WELD ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 73–626.   MITSUI O. S. K. LINES, LTD. v. STRACHAN SHIPPING Co.   C. A. 5th Cir.   Certiorari denied.

No. 73–633.   CELANESE CORP. ET AL. v. HEMPHILL, U. S. DISTRICT JUDGE.   C. A. 4th Cir.   Certiorari denied.

No. 73–634.   MEYER v. SEAMANS, SECRETARY OF THE AIR FORCE.   C. A. 7th Cir.   Certiorari denied.

No. 73–635.   FOUST v. NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.